# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NELSON HERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>TONY HEDGPETH,<br><br>    Respondent(s). | No. CV 07-7036-DSF (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 2/7/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE